# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-52
LT Case Nos. 2011-CF-002982
2011-CF-002826

_____

CHARLES PEARCE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

Charles Pearce, Blountstown, pro se.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____